FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLAH@,<br>*SP/C, 5% Nation of Islam*<br><br>    Petitioner,<br><br>    v.<br><br>DONALD R. HOLBROOK,<br>*Sup of WSP*<br><br>    Respondent. | No. 4:21-CV-05120-SAB<br><br>**ORDER DISMISSING ACTION** |

On October 5, 2021, this Court ordered Petitioner, a *pro se* prisoner at the Washington State Penitentiary, to submit a completed *in forma pauperis* application within twenty-one (21) days of the date of that Order. ECF No. 3. In the alternative, Petitioner was advised that he could pay the full $5.00 filing fee. The Court cautioned Petitioner that his failure to comply with that Order would result in the dismissal of this action.

Petitioner has neither paid the filing fee nor sought *in forma pauperis* status in this action as required by Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts.

//

**ORDER DISMISSING ACTION -- 1**

Having failed to comply with Habeas Rule 3(a)(2), **IT IS ORDERED** that this action is **DISMSISED without prejudice.**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Petitioner, and **close** the file. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED.**

**DATED** this 28th day of October 2021.

*Stanley A. Bastian*
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION -- 2**